# EXHIBIT 1

В ОКРУЖНОЙ СУД СОЕДИНЕННЫХ ШТАТОВ
СЕВЕРНЫЙ ОКРУГ ШТАТА ИЛЛИНОЙС

| | |
|---|---|
| КАСАТЕЛЬНО: РАЗБИРАТЕЛЬСТВО О НАРУШЕНИИ АНТИМОНОПОЛЬНОГО ЗАКОНОДАТЕЛЬСТВА В ОТНОШЕНИИ ПРОИЗВОДИТЕЛЕЙ КАЛИЙНОЙ ПРОДУКЦИИ (№ II) | Дело № 08-CV-6910 |
| ЭТОТ ДОКУМЕНТ ПРИМЕНЯЕТСЯ К: | MDL № 1996 |
| ВСЕМ ДЕЛАМ | Судья Рубен Кастилло |

## ДЕКЛАРАЦИЯ ВАЛЕРИЯ КИРИЕНКО

Я, ВАЛЕРИЙ КИРИЕНКО, старше 18 лет в соответствии с 28 сводом законов США § 1746 заявляю, под страхом ложного показания под присягой по законам Соединенных Штатов Америки, что изложенное далее является верным и правильным:

1. Я являюсь Первым Заместителем Генерального Директора и Главным Инженером республиканского унитарного предприятия «ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ «БЕЛАРУСЬКАЛИЙ» («РУП «ПО «Беларуськалий») и я проработал на РУП «ПО «Беларуськалий» около 30 лет, на этой должности я работаю с 2000 года.

2. Я составил эту декларацию в поддержку Ходатайства об отклонении иска РУП «ПО «Беларуськалий» по групповому иску прямого покупателя по делу № 08-cv-5192 и по групповому иску непрямых покупателей по делу № 08-cv-6910, которые были объединены в *Разбирательство о нарушении антимонопольного законодательства в отношении производителей калийной продукции (№ II)*, дело № 08-cv-6910, MDL № 1996.

3. Как работник и официальное лицо РУП «ПО «Беларуськалий», я владею сведениями из первоисточников относительно норм Республики Беларусь и практики их применения в отношении управления калийной промышленностью в целом и РУП «ПО «Беларуськалий» в частности. Заявления в настоящей декларации основаны на этих сведениях, моем рассмотрении официальных документов, относящихся к РУП «ПО «Беларуськалий», и на информации, предоставленной работниками РУП «ПО «Беларуськалий», отвечающими за деятельность и обладающими знаниями о деятельности РУП «ПО «Беларуськалий».

4. В соответствии с Конституцией и законодательством Республики Беларусь, калийные соли («калий») являются стратегическими полезными ископаемыми Республики Беларусь, составляют исключительную собственность государства, и государство имеет эксклюзивное право разрабатывать эти ресурсы. Более того, калий имеет особое значение для социально-экономического развития Республики Беларусь и ее национальной безопасности.

5. В целях создания оптимальной модели управления нефтехимическим комплексом Республики Беларусь - жизненно важной сферой экономики – и проведения единой экономической, технической и технологической политики, Совет Министров создал правительственным постановлением Белорусский государственный концерн по нефти и химии («Концерн»). Концерн осуществляет управление государственными компаниями по производству, переработке и транспортировке нефти, продаже нефтепродуктов, химии и нефтехимии, включая РУП «ПО «Беларуськалий».

6. РУП «ПО «Беларуськалий» является юридическим лицом, полностью и непосредственно находящимся в собственности Республики Беларусь. РУП «ПО «Беларуськалий» было создано в соответствии с правительственным постановлением Совета Министров СССР от 11 марта 1975 года № 205, для осуществления разведки, разработки и торговли калием, добытым из рудников Республики Беларусь.

7. РУП «ПО «Беларуськалий» осуществляет всю свою деятельность в соответствии с законодательством Республики Беларусь, решениями Президента и Совета Министров Республики Беларусь, Белорусского государственного концерна по нефти и химии и своим Уставом.

8. РУП «ПО «Беларуськалий» функционирует на базе Старобинского месторождения калийных солей и состоит из четырех рудоуправлений, вспомогательных цехов и обслуживающих подразделений, на которых занято около 20 000 человек. РУП «ПО «Беларуськалий» имеет свое основное место деятельности в Солигорске, Республика Беларусь, и является градообразующим предприятием. РУП «ПО «Беларуськалий» не владеет никакой собственностью, никогда не осуществляло и не вело деятельность, не присутствовало в штате Иллинойсе или где-либо еще в Соединенных Штатах.

9. Согласно Гражданскому кодексу Республики Беларусь РУП «ПО «Беларуськалий» является республиканским унитарным предприятием. А именно, Республика Беларусь является собственником имущества РУП «ПО «Беларуськалий» и она передала РУП «ПО «Беларуськалий» это имущество на праве хозяйственного ведения в интересах Республики Беларусь. Республика Беларусь является также собственником продукции и доходов, извлеченных от использования имущества, а также любого имущества, приобретенного РУП «ПО «Беларуськалий» впоследствии. Совет Министров определяет долгосрочные планы развития для РУП «ПО «Беларуськалий» и порядок использования и распределения прибыли.

10. После удовлетворения внутренних нужд страны, Совет Министров определяет объем калия, который может быть экспортирован. Правительство Республики Беларусь через Министерство экономики устанавливает минимальную экспортную цену и через Государственный таможенный комитет контролирует экспорт калия Республики Беларусь.

Совершено 30 сентября 2009 года

Солигорск, Республика Беларусь

_[подпись]_

Валерий Кириенко

# TRANSLATION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: POTASH ANTITRUST LITIGATION (No. II) ) ) ) THIS DOCUMENT APPLIES TO: ) ) ALL ACTIONS ) ) ) | Case No. 08-CV-6910<br><br>MDL No. 1996<br><br>Judge Ruben Castillo |

## DECLARATION OF VALERIY KIRIENKO

I, VALERIY KIRIENKO, being over 18 years of age, pursuant to 28 U.S.C. §1746, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.  I am the First Deputy General Director and Chief Engineer of the Republican Unitary Enterprise "PRODUCTION AMALGAMATION 'BELARUSKALI'" ("RUE PA Belaruskali") and have been working for RUE PA Belaruskali for nearly 30 years and in this position since 2000.

2.  I make this declaration in support of RUE PA Belaruskali's Motion to Dismiss the Direct Purchaser Consolidated Class Action Complaint in Case No. 08-cv-5192 and Indirect Purchasers' Consolidated Class Action Complaint in Case No. 08-cv-6910 that have been consolidated in *In Re Potash Antitrust Litigation* (No. II), Case No. 08-cv-6910, MDL No. 1996.

3.  As an employee and an official of RUE PA Belaruskali, I have first hand knowledge of the policies and practices of the Republic of Belarus regarding the administration of the potash industry in general, and RUE PA Belaruskali in particular. The statements herein are based upon that knowledge, my review of official documents

related to RUE PA Belaruskali and upon the information provided by RUE PA Belaruskali employees responsible for and with knowledge of the activities of RUE PA Belaruskali.

4. Pursuant to the Belarusian Constitution and legislation, potash salts ("potash") are strategic mineral resources of the Republic of Belarus, constitute its exclusive property, and the State has the exclusive right to develop those resources. Moreover, potash has special significance for the socio-economic development of the Republic of Belarus and its national security.

5. For the purpose of creating an optimal model of management for the petrochemical complex of the Republic of Belarus - a vital sphere of the economy - and carrying out a uniform economic, technical and technological policy, the Council of Ministers established by governmental Decree, the Belarusian State Concern for Oil and Chemistry ("Concern"). The Concern manages state owned companies for oil production, refining and transportation, oil product sales, chemistry and petro-chemistry, including RUE PA Belaruskali.

6. RUE PA Belaruskali is a wholly owned juridical entity that is owned directly by the Republic of Belarus. RUE PA Belaruskali was established pursuant to the governmental Decision of the Council of Ministers of USSR No. 205, dated March 11, 1975, to explore, develop and trade potash extracted from the mines of the Republic of Belarus.

7. RUE PA Belaruskali conducts all its operations pursuant to the legislation of the Republic of Belarus, the decisions of the President and the Council of Ministers of the Republic of Belarus, the Belarusian State Concern for Oil and Chemistry, and its Charter.

8. RUE PA Belaruskali functions on the foundation of the Starobin potash deposit and comprises four mine and refinery complexes, auxiliary shops and servicing units which employ about 20,000 people. RUE PA Belaruskali has its principal place of business in Soligorsk, Republic of Belarus and is the mainstay of the local economy. RUE PA Belaruskali does not own property, has never transacted or conducted business, or had any presence in the state of Illinois or anywhere else in the United States.

9. Pursuant to the Belarusian Civil Code, RUE PA Belaruskali is a republican unitary enterprise. Specifically, the Republic of Belarus is the owner of the property of RUE PA Belaruskali and has transferred that property to RUE PA Belaruskali with the right to manage it in the interest of the Republic of Belarus. The Republic of Belarus is also the owner of the production and the proceeds derived from the use of the property, as well as any property subsequently acquired by RUE PA Belaruskali. The Council of Ministers determines long-term development plans for RUE PA Belaruskali and the use and the distribution of its revenue.

10. After taking domestic needs into account, the Council of Ministers determines the volume of potash that may be exported. The Government of the Republic of Belarus, through the Ministry of Economy, sets forth the minimum export price and through the State Customs Committee, controls the exportation of the potash of the Republic of Belarus.

Executed on 30 September 2009  
Soligorsk, Republic of Belarus

_____  
Valeriy Kirienko

I, Sergei Pyko, confirm the authenticity of the document text translation made by me from Russian into English.

Dated 09.30.2009

Sergei Pyko

4