# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 17, 2010

*Before*

FRANK H. EASTERBROOK, *Chief Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| No.: 10-8007 | IN RE: AGRIUM, INCORPORATED, et al. Petitioner |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:08-cv-06910 Northern District of Illinois, Eastern Division District Judge Ruben Castillo | |

The following are before the court:

1. **PETITION FOR INTERLOCUTORY APPEAL** filed January 25, 2010, by counsel for petitioners.

2. **PETITIONERS' SEPARATE APPENDIX** filed January 25, 2010, by counsel for the petitioners.

3. **ANSWER IN OPPOSITION TO PETITION FOR INTERLOCUTORY APPEAL** filed February 4, 2010, by counsel for the respondents.

4. **PETITIONERS' REPLY BRIEF** filed February 8, 2010, by counsel for the petitioners.

**IT IS ORDERED** that the Petition for Interlocutory Appeal is **GRANTED.**

No.: 10-8007                                                                                                    Page 2

Petitioners shall pay the required appellate fees to the clerk of the district court within 14 days from the entry of this order, pursuant to Fed. R. App. P. 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket.

form name: **c7_Order_3J** (form ID: **177**)