# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: POTASH ANTITRUST LITIGATION (II) | MDL Docket No. 1996 |
| | Civil No. 1:08-cv-06910 |
| THIS DOCUMENT APPLIES TO: | The Honorable Ruben Castillo |
| ALL DIRECT PURCHASER ACTIONS | |

## DIRECT PURCHASER PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND CLASS REPRESENTATIVE INCENTIVE AWARDS

Direct Purchaser Plaintiffs ("DPPs") respectfully move this Court to enter an Order awarding attorneys' fees, reimbursement of expenses, and class representative incentive awards. In support of this Motion, DPPs submit their Memorandum in Support of their Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Class Representative Incentive Awards.

WHEREFORE, and for the reasons stated in the accompanying Memorandum in Support of their Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Class Representative Incentive Awards, and the declarations and exhibits submitted therewith, DPPs respectfully request that this Court issue an Order awarding attorneys' fees, reimbursement of expenses, and class representative incentive awards, and for such other further relief as this Court deems just and proper.

Dated: April 22, 2013

Respectfully submitted,

/s/ Steven A. Hart
Steven A. Hart
SEGAL MCCAMBRIDGE SINGER & MAHONEY

233 South Wacker Dr., Ste. 5500
Chicago, IL 60606
(312) 645-7800
shart@smsm.com
beldridge@smsm.com
eschieber@smsm.com
kpozan@smsm.com

*Direct Purchaser Plaintiffs' Interim Liaison Counsel*

/s/ W. Joseph Bruckner
W. Joseph Bruckner
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave. South, Ste. 2200
Minneapolis, MN 55401
(612) 339-6900
wjbruckner@locklaw.com
hmsilton@locklaw.com
csdavis@locklaw.com
bdclark@locklaw.com

s/ Bruce L. Simon
Bruce L. Simon
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
44 Montgomery St., Ste. 2450
San Francisco, CA 94104
(415) 433-9000
bsimon@pswplaw.com
dwarshaw@pswplaw.com
asheanin@pswplaw.com
tboardman@pswplaw.com

*Direct Purchaser Plaintiffs' Interim Co-Lead Counsel*

2