# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: POTASH ANTITRUST LITIGATION (II) | MDL Docket No. 1996 |
| THIS DOCUMENT APPLIES TO: ALL DIRECT PURCHASER ACTIONS | Case No. 08-cv-6910 (Consolidated with 08-cv-5635) <br> The Honorable Ruben Castillo |

## DIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH THE JSC URALKALI AND JSC SILVINIT DEFENDANTS

Direct Purchaser Plaintiffs' ("DPPs") respectfully move this Court to enter an Order for final approval of their class action settlement with defendants JSC Uralkali and the company formerly known as JSC Silvinit.

WHEREFORE, and for the reasons stated in the supporting Declarations of Bruce L. Simon and Eric Robin, filed concurrently with this Motion, the records, pleadings, and papers filed in this action, and upon such argument as may be presented to the Court at the fairness hearing, DPPs respectfully request that the Court issue an Order for final approval of the class action settlement and entry of judgment, and grant such other and further relief as this Court deems proper.

Dated: May 23, 2013

Respectfully submitted,

*/s/ Steven A. Hart*
Steven A. Hart #6211008
**SEGAL MCCAMBRIDGE SINGER & MAHONEY**
233 South Wacker Dr., Ste. 5500
Chicago, IL 60606
(312) 645-7800
shart@smsm.com
beldridge@smsm.com
eschieber@smsm.com
kpozan@smsm.com

*Direct Purchaser Plaintiffs' Interim Liaison Counsel*

*/s/ Bruce L. Simon*
Bruce L. Simon
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
44 Montgomery St., Ste. 2450
San Francisco, CA 94104
(415) 433-9000
bsimon@pswplaw.com
asheanin@pswplaw.com
tboardman@pswplaw.com

*/s/ W. Joseph Bruckner*
W. Joseph Bruckner
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave. South, Ste. 2200
Minneapolis, MN 55401
(612) 339-6900
wjbruckner@locklaw.com
hmsilton@locklaw.com
csdavis@locklaw.com
bdclark@locklaw.com

*Direct Purchaser Plaintiffs' Interim Co-Lead Counsel*