# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: POTASH ANTITRUST LITIGATION (II) | MDL Docket No. 1996 |
| THIS DOCUMENT APPLIES TO: | Civil No. 1:08-cv-06910 |
| ALL DIRECT PURCHASER CLASS ACTIONS | Hon. Ruben Castillo |

## DIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT WITH DEFENDANTS AGRIUM, MOSAIC AND PCS, AND FOR APPROVAL OF PLAN OF ALLOCATION

Direct Purchaser Plaintiffs respectfully move this Court to enter an Order granting final approval of their class action settlement with defendants Agrium, Inc. and Agrium U.S., Inc., The Mosaic Company, n/k/a MOS Holdings Inc. and Mosaic Crop Nutrition, LLC, and Potash Corporation of Saskatchewan Inc. and PCS Sales (USA), Inc., and approval of plan of allocation for this case, and for such other and further relief as this Court deems proper.

This motion is based on the supporting Declarations of W. Joseph Bruckner and Eric Robin, filed concurrently with this motion, upon the accompanying memorandum, and the records, pleadings, and papers filed in this action, and such argument as may be presented to the Court at the fairness hearing.

470211.1

Dated: June 5, 2013 Respectfully submitted,

/s/ Steven A. Hart
Steven A. Hart #6211008
**SEGAL MCCAMBRIDGE SINGER & MAHONEY**
233 South Wacker Dr., Ste. 5500
Chicago, IL 60606
(312) 645-7800
shart@smsm.com
beldridge@smsm.com
eschieber@smsm.com
kpozan@smsm.com

*Direct Purchaser Plaintiffs' Interim Liaison Counsel*

/s/ Bruce L. Simon
Bruce L. Simon
**PEARSON, SIMON & WARSHAW LLP**
44 Montgomery St., Ste. 2450
San Francisco, CA 94104
(415) 433-9000
bsimon@pswlaw.com
asheanin@pswlaw.com
tboardman@pswlaw.com

*Direct Purchaser Plaintiffs' Co-Lead Counsel*

/s/ W. Joseph Bruckner
W. Joseph Bruckner
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. South, Ste. 2200
Minneapolis, MN 55401
(612) 339-6900
wjbruckner@locklaw.com
hmsilton@locklaw.com
csdavis@locklaw.com
amhorningnygren@locklaw.com

*Direct Purchaser Plaintiffs' Co-Lead Counsel*