

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE POTASH ANTITRUST LITIGATION (II) | MDL No. 1996 |
| THIS DOCUMENT RELATES TO ALL INDIRECT PURCHASER ACTIONS | No. 1:08-CV-6910<br>**Hon. Ruben Castillo** |

### ORDER GRANTING CLASS COUNSEL'S REQUEST FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS TO CLASS REPRESENTATIVES

Having reviewed and considered the indirect plaintiffs' Motion and Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement, Plan of Allocation of Settlement Proceeds and for Award of Attorneys' Fees, Reimbursement of Expenses and Incentive Awards (ECF No. 564) and all of the supplemental submissions filed in support of the request for an award of attorneys' fees, reimbursement of expenses, and for incentive awards to Class Representatives contained therein,

**IT IS HEREBY ORDERED**:

1. Class Counsel (as that term is defined in the parties' Settlement Agreements (ECF 523, Ex. A and ECF 437) are hereby awarded attorneys' fees equal to one-third ($6,750,000) of the combined $20,250,000 settlement funds created in this action.

2. Class Counsel are also awarded a total of $418,098.52 as reimbursement for their expenses incurred in connection with the action.

3. Each of the named Class Representatives are hereby awarded incentive payments, totaling $16,500, as follows: (a) $2,500 each to Kevin Gillespie, David Baier, and Feyh Farms Company; and (b) $500 each to R&M Kennedy Farms Partnership, Robert Briseno, Karin Salomon, Opal Brown, Andrew E. Schwartz, Emerald View Vineyard, LLC, Ron Helstad, Mary

Ellis, Ben Schkade, Bruce Owens, Judy Smith, Brian W. Butters, Ben DiLorenzo, Mary Elizabeth Kay, Frank Rizzo, Roger Karrels, Gordon Michaels, and Kliebenstein Acres, LLC. These payments are in addition to whatever monies, if any, these plaintiffs will receive from the underlying settlements pursuant to the Plan of Allocation and the method of distribution approved by the Court.

4. The Court finds that the foregoing award of attorneys' fees, reimbursement of expenses and incentive payments are all fair, reasonable and adequate.

Dated: 6/12, 2013

RUBEN CASTILLO
UNITED STATES DISTRICT JUDGE