Robert J. Maynes
**MAYNES TAGGART, PLLC**
525 S. Park Ave., Suite 2E
P. O. Box 3005
Idaho Falls, ID 83405
Telephone: (208) 552-6442
Facsimile: (208) 524-6095
Idaho State Bar No. 6905



FILED

DEC 2 3 2013

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

*Counsel for Debtor/Debtor-in-possession*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

| In Re: | Case No. 1:08-CV-6910 |
|---|---|
| POTASH ANTITRUST LITIGATION (NO. II) | |

The Debtor, *WALKER LAND & CATTLE, LLC*, by and through its bankruptcy attorney, Robert J. Maynes of Maynes Taggart, PLLC, hereby notifies the Court of the Chapter 11 Bankruptcy proceeding filed in the United States Bankruptcy Court for the District of Idaho. Attached hereto is a copy of the Notice of Commencement of Case. This Notice is being filed as a courtesy to the above-captioned court and is <u>not</u> intended to be a general or special appearance by the undersigned.

DATED: December 19, 2013

MAYNES TAGGART, PLLC

_____
ROBERT J. MAYNES for the Firm

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2013, I mailed a true and correct copy of the following designated pleading to the designated parties as follows:

**DOCUMENT SERVED:**        **CERTIFIED NOTICE OF COMMENCEMENT OF BANKRUPTCY**

**PARTIES SERVED:**        **Unites States District Court**
**Northern District of Illinois**
**Attn: Thomas G. Bruton,**
**Clerk of the Court**
**219 South Dearborn Street**
**Chicago, IL 60604**

**CAC Recovery Services**
**8270 Woodland Center, Blvd.**
**Suite 110**
**Tampa, FL 33614**

|   | |
|---|---|
|   | Hand Deliver |
| x | Mailing |
|   | Fax |

*Rosalie Wanlass*
ROSALIE WANLASS
LEGAL ASSISTANT

Case 13-41437-JDP   Doc 6   Filed 11/15/13   Entered 11/15/13 16:10:15   Desc 341Mtg Chap11/Corporation   Page 1 of 2

B9F ALT(Local Form 9F) (Chapter 11 Corporation/Partnership Case) (12/12)                    Case Number 13-41437-JDP

# UNITED STATES BANKRUPTCY COURT
## District of Idaho

## Notice of
## Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 11/15/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors — Do not file this notice in connection with any proof of claim you submit to the court.**
See Reverse Side for Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Walker Land & Cattle, LLC
1070 Riverwalk Drive, Suite 200
Idaho Falls, ID 83402

| Case Number: | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
|---|---|
| 13-41437-JDP | 82-0439698 |

Attorney for Debtor(s) (name and address):
Robert J Maynes
Maynes Taggart, PLLC
POB 3005
Idaho Falls, ID 83403-3005
Telephone number: (208) 552-6442

## Meeting of Creditors
Date: **December 20, 2013**              Time: **10:00 AM**
Location: **300 N Lincoln, Jerome, ID 83338**

## Deadline to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit): **3/20/14**          For a governmental unit: **5/14/14**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 2/18/14**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| U.S. Bankruptcy Court, Rm 119<br>801 East Sherman<br>Pocatello, ID 83201<br>Telephone number: 208-478-4123 | Clerk of the Bankruptcy Court:<br>Elizabeth A Smith |
| Hours Open: Monday - Friday 9:00 AM - 4:00 PM | Date: 11/15/13 |



Certified to be a true and correct copy of original filed in my office.

**Elizabeth A. Smith, Clerk**
**U.S. Courts, District of Idaho**

*By Dana Hoyle*
*on Dec 12, 2013 4:26 pm*

| EXPLANATIONS | | B9F ALT (Local Form 9F) (12/12) |
|---|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. | |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. | |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form (Official Form B10) can be obtained at www.id.uscourts.gov/proofofclaiminfo.htm or at the bankruptcy clerk's office (see the bottom of the first page of this notice for the closest bankruptcy clerk's office address). Alternatively, you can obtain a copy of the form by calling the bankruptcy clerk's office at 1-866-496-1250. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* | |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |
| **Refer to Other Side for Important Deadlines and Notices** | | |