NDIL (02/12) Notice of Correction

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Date:                                                          Case No.:

Case Title:                                                    Judge:

**NOTICE OF CORRECTION**

**One of the following errors/deficiencies has been identified in document # :**

The document is on the incorrect case.
Note:   If this is a motion, the docket clerk has termed the motion from the incorrect case.

The document is on the correct case but the case number and title do not match.

The incorrect document [pdf] was linked to the entry

The incorrect file date was entered.

The incorrect event was used.  The title of the document does not match the text of the entry.

The entry is a duplicate of entry [ ] .

**Corrective action taken by the Clerk:**

The text of the entry has been edited and the pdf replaced with a pdf that states "Entered in Error".

The following notation has been added to the text  of the entry  (*Linked document has the incorrect case title or Linked document has the incorrect case number*.)

The correct document [pdf] has been linked to the entry.

The file date  has been corrected.

The text of the entry has been edited.

The text of the entry has been edited to read "Duplicate filing of document number [ ].

Other:   Provide brief explanation.

**Corrective action required by the filer:**

Counsel must re-file the document

Other:   Provide brief explanation.

                                                    Thomas G. Bruton, Clerk of Court

                                    By:   _____
                                                    Deputy Clerk