# EXHIBIT A



Kurtzman Carson Consultants
P.O. Box 6191
Novato, CA 94948-6191
www.kccllc.com

Estimated Costs at Completion

July 10, 2014

Re: In Re: Potash Antitrust Litigation (II)

| | Hours | Units | Job Code: | PTL |
|---|---|---|---|---|
| | | | Unit Cost | Ext Cost |
| **Previously Billed** | | | | |
| US_ASG492519 | 1/21/2013 | | | $ 7,451.43 |
| US_ASG500202 | 2/15/2013 | | | $ 16,183.26 |
| US_ASG508164 | 3/22/2013 | | | $ 17,234.87 |
| US_ASG517596 | 4/23/2013 | | | $ 7,273.72 |
| US_ASG530902 | 5/20/2013 | | | $ 8,092.71 |
| US_ASG544194 | 6/25/2013 | | | $ 7,894.13 |
| US_ASG557462 | 7/24/2013 | | | $ 2,595.57 |
| US_ASG568292 | 8/15/2013 | | | $ 8,401.69 |
| US_ASG581534 | 9/26/2013 | | | $ 6,849.76 |
| US_ASG704429 | not yet sent | | | $ 61,075.64 |
| | | | | $ 143,052.78 |
| **Total Costs and Staff Hours** | | | | **$ 143,052.78** |

| **Remaining Costs - 1st Distribution** | Hours | Units | Unit Cost | Ext Cost |
|---|---|---|---|---|
| Telephone Support | | 1,000 | $ 1.25 | 1,250.00 |
| Issue Checks | | 553 | $ 0.50 | 276.50 |
| First Class Postage Checks | | 553 | $ 0.49 | 270.97 |
| Re-Issue check | | 55 | $ 4.50 | 247.50 |
| First Class Postage | | 55 | $ 0.49 | 26.95 |
| Settlement Fund Income Tax Return 2013 & 2014 | | 2 | $ 1,000.00 | 2,000.00 |
| Distribution Calculation | 3.0 | | $ 92.50 | 277.50 |
| Distribution and Re-Issues | 3.0 | | $ 92.50 | 277.50 |
| Reporting and Declarations | 5.0 | | $ 92.50 | 462.50 |
| Funds Management and Accounting | 5.0 | | $ 92.50 | 462.50 |
| Case Setup, Planning and Management | 10.0 | | $ 92.50 | 925.00 |
| Subtotal | 26 | | | $ 6,476.92 |

**Sub - Total including Total Costs and Staff Hours through First Distribution**     **$ 149,529.70**

| **Remaining Costs - 2nd Distribution** | Hours | Units | Unit Cost | Ext Cost |
|---|---|---|---|---|
| Telephone Support | | 500 | $ 1.25 | 625.00 |
| Monthly Call Center Fee | | 10 | $ 50.00 | 500.00 |
| Website Hosting | | 10 | $ 50.00 | 500.00 |
| Issue Checks | | 553 | $ 0.50 | 276.50 |
| First Class Postage Checks | | 553 | $ 0.49 | 270.97 |
| Re-Issue check | | 55 | $ 4.50 | 247.50 |
| First Class Postage | | 55 | $ 0.49 | 26.95 |
| Settlement Fund Income Tax Return 2015 | | 1 | $ 1,000.00 | 1,000.00 |
| Website Maintenance | 3.0 | | $ 92.50 | 277.50 |
| Distribution Calculation | 10.0 | | $ 92.50 | 925.00 |
| Distribution and Re-Issues | 5.0 | | $ 92.50 | 462.50 |
| IVR Mainteneance | 2.0 | | $ 92.50 | 185.00 |
| Reporting and Declarations | 10.0 | | $ 92.50 | 925.00 |
| Funds Management and Accounting | 5.0 | | $ 92.50 | 462.50 |
| Case Setup, Planning and Management | 10.0 | | $ 92.50 | 925.00 |
| Subtotal | 45 | | | $ 7,609.42 |

| | | |
|---|---|---|
| **Total including Total Costs and Staff Hours through Completion** | **$** | **157,139.12** |
| **Sales Tax** | **$** | **288.28** |
| **Total** | **$** | **157,427.40** |



P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
Fax: 415-892-7354
www.kccllc.com
Fed Tax ID# 20-8049009

In Re: Potash Antitrust Litigation (II)
Cliff Pearson
Pearson, Simon, Warshaw & Penny, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104

| | |
|---|---|
| **Contact** | Eric Robin |
| **Telephone** | 415-798-5936 |
| **Reference Number** | PTL |

For services rendered through December 31, 2012

| Account Number | PTL_ROS | | Invoice Date | 21 January 2013 |
|---|---|---|---|---|
| Invoice Number | US_ASG492519 | | Due Date | 20 February 2013 |

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| NCOA | | | $352.50 |
| Monthly Call Center Fee | | | $50.00 |
| Website Hosting | 1 | $50.00 | $50.00 |
| Telephone Support | 1 | $1.25 | $1.25 |
| Website Development and Maintenance | | | $1,000.00 |
| | | **Total Expenses** | **$1,453.75** |

| Staff Hours | Units | Rate | Amount |
|---|---|---|---|
| Data Development | 39.17 | $92.50 | $3,623.22 |
| Document Development | 13.31 | $92.50 | $1,231.17 |
| Print Production | 0.42 | $92.50 | $38.85 |
| Case Processing | 0.25 | $92.50 | $23.12 |
| Reporting and Declarations | 1.25 | $92.50 | $115.62 |
| Funds Management and Accounting | 1.25 | $92.50 | $115.62 |
| Case Setup, Planning and Management | 9.19 | $92.50 | $850.08 |
| | | **Total Staff Hours** | **$5,997.68** |



| Account Number | PTL_ROS | | Invoice Date | 21 January 2013 |
|---|---|---|---|---|
| Invoice Number | US_ASG492519 | | Due Date | 20 February 2013 |

|  | Total Amount Due | $ 7,451.43 |
|---|---|---|

Please detach and return this portion of the statement with your check to the address listed below.

Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | PTL_ROS | **Remit Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| Invoice Number | US_ASG492519 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Total Amount Due | $ 7,451.43 | Dept CH 16639 | HSBC Bank, NA |
| | | Palatine, IL 60055-6639 | 452 Fifth Avenue |
| Amount Paid | $ | | New York, NY 10081 |

Remit Check Payments to:
Kurtzman Carson Consultants LLC
Dept CH 16639
Palatine, IL 60055-6639

Wire Payments to:
Kurtzman Carson Consultants LLC
HSBC Bank, NA
452 Fifth Avenue
New York, NY 10081
Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020



P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
Fax: 415-892-7354
www.kccllc.com
Fed Tax ID# 20-8049009

In Re: Potash Antitrust Litigation (II)
Cliff Pearson
Pearson, Simon, Warshaw & Penny, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104

| | |
|---|---|
| **Contact** | Eric Robin |
| **Telephone** | 415-798-5936 |
| **Reference Number** | PTL |

For services rendered through January 31, 2013

| Account Number | PTL_ROS | | Invoice Date | 15 February 2013 |
|---|---|---|---|---|
| Invoice Number | US_ASG500202 | | Due Date | 17 March 2013 |

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| Notice;No 10 Envelope;01/11/2013 | 4,606 | $0.40 | $1,842.40 |
| First Class Postage | | | $2,112.71 |
| Notice & Claim Form Requests | 4 | $1.50 | $6.00 |
| Data Entry - Remails | 4 | $0.50 | $2.00 |
| Address Search Standard | 1,458 | $3.00 | $4,374.00 |
| Found & Remailed | 55 | $1.75 | $96.25 |
| Remail - Initial | 4 | $1.50 | $6.00 |
| Website Hosting | 1 | $50.00 | $50.00 |
| Telephone Support | 19 | $1.25 | $23.75 |
| Monthly Call Center Fee | | | $50.00 |
| **Total Expenses** | | | **$8,563.11** |



| Account Number | PTL_ROS | | Invoice Date | 15 February 2013 |
|---|---|---|---|---|
| Invoice Number | US_ASG500202 | | Due Date | 17 March 2013 |

| **Staff Hours** | **Units** | **Rate** | **Amount** |
|---|---|---|---|
| Data Development | 55.19 | $92.50 | $5,105.08 |
| Document Development | 4.08 | $92.50 | $377.40 |
| Print Production | 3.09 | $92.50 | $285.82 |
| Website Development and Maintenance | 5.03 | $92.50 | $465.28 |
| Undeliverable Mail Processing | 4.11 | $92.50 | $380.18 |
| Address Searches | 0.33 | $92.50 | $30.52 |
| Case Processing | 0.58 | $92.50 | $53.65 |
| Reporting and Declarations | 2 | $92.50 | $185.00 |
| Case Setup, Planning and Management | 7.97 | $92.50 | $737.22 |
| | | **Total Staff Hours** | **$7,620.15** |

**Total Amount Due**            **$ 16,183.26**

---

Please detach and return this portion of the statement with your check to the address listed below.

Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | PTL_ROS | **Remit Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| Invoice Number | US_ASG500202 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Total Amount Due | $ 16,183.26 | Dept CH 16639 | HSBC Bank, NA |
| | | Palatine, IL 60055-6639 | 452 Fifth Avenue |
| Amount Paid | $ | | New York, NY 10081 |

Wire Payments block continued:
Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020



P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
Fax: 415-892-7354
www.kccllc.com
Fed Tax ID# 20-8049009

In Re: Potash Antitrust Litigation (II)
Cliff Pearson
Pearson, Simon, Warshaw & Penny, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104

| Contact | Eric Robin |
|---|---|
| **Telephone** | 415-798-5936 |
| **Reference Number** | PTL |

For services rendered through February 28, 2013

| Account Number | PTL_ROS | | Invoice Date | 22 March 2013 |
|---|---|---|---|---|
| **Invoice Number** | US_ASG508164 | | **Due Date** | 21 April 2013 |

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| Published Notice | | | $3,785.05 |
| First Class Postage | | | $11.96 |
| Notice & Claim Form Requests | 2 | $1.50 | $3.00 |
| Address Search Standard | 43 | $3.00 | $129.00 |
| Found & Remailed | 23 | $1.75 | $40.25 |
| Website Hosting | 1 | $50.00 | $50.00 |
| Telephone Support | 23 | $1.25 | $28.75 |
| Monthly Call Center Fee | | | $50.00 |
| **Total Expenses** | | | **$4,098.01** |



| Account Number | PTL_ROS | | Invoice Date | 22 March 2013 |
|---|---|---|---|---|
| Invoice Number | US_ASG508164 | | Due Date | 21 April 2013 |

| Staff Hours | Units | Rate | Amount |
|---|---|---|---|
| Data Development | 4.25 | $92.50 | $393.12 |
| Document Development | 27.67 | $92.50 | $2,559.48 |
| Print Production | 1.11 | $92.50 | $102.68 |
| Website Development and Maintenance | 87.24 | $92.50 | $8,069.70 |
| Undeliverable Mail Processing | 3.32 | $92.50 | $307.10 |
| Case Processing | 0.83 | $92.50 | $76.78 |
| Reporting and Declarations | 0.67 | $92.50 | $61.98 |
| Case Setup, Planning and Management | 16.93 | $92.50 | $1,566.02 |
| **Total Staff Hours** | | | **$13,136.86** |

**Total Amount Due**  $ 17,234.87

---

Please detach and return this portion of the statement with your check to the address listed below.

Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | PTL_ROS |
|---|---|
| Invoice Number | US_ASG508164 |
| Total Amount Due | $ 17,234.87 |
| Amount Paid | $ |

**Remit Check Payments to:**
Kurtzman Carson Consultants LLC
Dept CH 16639
Palatine, IL 60055-6639

**Wire Payments to:**
Kurtzman Carson Consultants LLC
HSBC Bank, NA
452 Fifth Avenue
New York, NY 10081
Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020



P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
Fax: 415-892-7354
www.kccllc.com
Fed Tax ID# 20-8049009

In Re: Potash Antitrust Litigation (II)
Cliff Pearson
Pearson, Simon, Warshaw & Penny, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104

| | |
|---|---|
| **Contact** | Eric Robin |
| **Telephone** | 415-798-5936 |
| **Reference Number** | PTL |

For services rendered through March 31, 2013

| Account Number | PTL_ROS | | Invoice Date | 23 April 2013 |
|---|---|---|---|---|
| Invoice Number | US_ASG517596 | | Due Date | 23 May 2013 |

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| Notice;03/01/2013 | 4,624 | $0.40 | $1,849.60 |
| First Class Postage | | | $1,984.43 |
| Notice & Claim Form Requests | 2 | $1.50 | $3.00 |
| Data Entry - Remails | 9 | $0.50 | $4.50 |
| Address Search Standard | 62 | $3.00 | $186.00 |
| Found & Remailed | 8 | $1.75 | $14.00 |
| Remail - Initial | 9 | $1.50 | $13.50 |
| Website Hosting | 1 | $50.00 | $50.00 |
| Telephone Support | 235 | $1.25 | $293.75 |
| Monthly Call Center Fee | | | $50.00 |
| | | **Total Expenses** | **$4,448.78** |



| Account Number | PTL_ROS | | Invoice Date | 23 April 2013 |
|---|---|---|---|---|
| Invoice Number | US_ASG517596 | | Due Date | 23 May 2013 |

**Staff Hours**

| | Units | Rate | Amount |
|---|---|---|---|
| Document Development | 0.17 | $92.50 | $15.72 |
| Print Production | 2.87 | $92.50 | $265.48 |
| Website Development and Maintenance | 2.87 | $92.50 | $265.48 |
| Undeliverable Mail Processing | 7.01 | $92.50 | $648.42 |
| Processing Application Development | 0.33 | $92.50 | $30.52 |
| Case Processing | 5.39 | $92.50 | $498.58 |
| Reporting and Declarations | 2.37 | $92.50 | $219.22 |
| Case Setup, Planning and Management | 9.53 | $92.50 | $881.52 |
| **Total Staff Hours** | | | **$2,824.94** |

**Total Amount Due** $ 7,273.72

---

Please detach and return this portion of the statement with your check to the address listed below.

Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | PTL_ROS |
|---|---|
| Invoice Number | US_ASG517596 |
| Total Amount Due | $ 7,273.72 |
| Amount Paid | $ |

**Remit Check Payments to:**
Kurtzman Carson Consultants LLC
Dept CH 16639
Palatine, IL 60055-6639

**Wire Payments to:**
Kurtzman Carson Consultants LLC
HSBC Bank, NA
452 Fifth Avenue
New York, NY 10081
Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020



P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
Fax: 415-892-7354
www.kccllc.com
Fed Tax ID# 20-8049009

In Re: Potash Antitrust Litigation (II)
Cliff Pearson
Pearson, Simon, Warshaw & Penny, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104

| Contact | Eric Robin |
|---|---|
| Telephone | 415-798-5936 |
| Reference Number | PTL |

For services rendered through April 30, 2013

| Account Number | PTL_ROS | | Invoice Date | 20 May 2013 |
|---|---|---|---|---|
| Invoice Number | US_ASG530902 | | Due Date | 19 June 2013 |

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| Published Notice | | | $6,203.31 |
| First Class Postage | | | $4.62 |
| Notice & Claim Form Requests | 5 | $1.50 | $7.50 |
| Address Search Standard | 1 | $3.00 | $3.00 |
| Found & Remailed | 3 | $1.75 | $5.25 |
| Website Hosting | 1 | $50.00 | $50.00 |
| Telephone Support | 266.75 | $1.25 | $333.44 |
| Professional Services | | | $50.00 |
| **Total Expenses** | | | **$6,657.12** |

| Staff Hours | Units | Rate | Amount |
|---|---|---|---|
| Print Production | 0.55 | $92.50 | $50.88 |
| Undeliverable Mail Processing | 1.78 | $92.50 | $164.65 |
| Case Processing | 3.69 | $92.50 | $341.32 |
| Reporting and Declarations | 3.85 | $92.50 | $356.12 |
| Case Setup, Planning and Management | 5.65 | $92.50 | $522.62 |
| **Total Staff Hours** | | | **$1,435.59** |



| Account Number | PTL_ROS | | Invoice Date | 20 May 2013 |
|---|---|---|---|---|
| Invoice Number | US_ASG530902 | | Due Date | 19 June 2013 |

Total Amount Due $ 8,092.71

---

Please detach and return this portion of the statement with your check to the address listed below.

Please reference your Account Number and Invoice Number on your Remittance.

| | | |
|---|---|---|
| Account Number | PTL_ROS | **Remit Check Payments to:** |
| Invoice Number | US_ASG530902 | Kurtzman Carson Consultants LLC |
| Total Amount Due | $ 8,092.71 | Dept CH 16639 |
| | | Palatine, IL 60055-6639 |

**Wire Payments to:**
Kurtzman Carson Consultants LLC
HSBC Bank, NA
452 Fifth Avenue
New York, NY 10081
Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020

Amount Paid   $ [          ]



P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
Fax: 415-892-7354
www.kccllc.com
Fed Tax ID# 20-8049009

In Re: Potash Antitrust Litigation (II)
Cliff Pearson
Pearson, Simon, Warshaw & Penny, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104

| | |
|---|---|
| **Contact** | Eric Robin |
| **Telephone** | 415-798-5936 |
| **Reference Number** | PTL |

For services rendered through May 31, 2013

| Account Number | PTL_ROS | Invoice Date | 25 June 2013 |
|---|---|---|---|
| Invoice Number | US_ASG544194 | Due Date | 25 July 2013 |

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| Published Notice | | | $4,994.18 |
| First Class Postage | | | $1.32 |
| Notice & Claim Form Requests | 2 | $1.50 | $3.00 |
| Website Hosting | 1 | $50.00 | $50.00 |
| Telephone Support | 146 | $1.25 | $182.50 |
| Monthly Call Center Fee | | | $50.00 |
| **Total Expenses** | | | **$5,281.00** |

| Staff Hours | Units | Rate | Amount |
|---|---|---|---|
| Data Development | 1 | $92.50 | $92.50 |
| Print Production | 0.19 | $92.50 | $17.58 |
| Website Development and Maintenance | 1.7 | $92.50 | $157.25 |
| Undeliverable Mail Processing | 1.02 | $92.50 | $94.35 |
| Case Processing | 3.4 | $92.50 | $314.50 |
| Reporting and Declarations | 15.39 | $92.50 | $1,423.58 |
| Funds Management and Accounting | 0.25 | $92.50 | $23.12 |
| Case Setup, Planning and Management | 5.3 | $92.50 | $490.25 |
| **Total Staff Hours** | | | **$2,613.13** |



| Account Number | PTL_ROS | | Invoice Date | 25 June 2013 |
|---|---|---|---|---|
| Invoice Number | US_ASG544194 | | Due Date | 25 July 2013 |

**Total Amount Due**  $ 7,894.13

Please detach and return this portion of the statement with your check to the address listed below.

Please reference your Account Number and Invoice Number on your Remittance.

| | | |
|---|---|---|
| Account Number | PTL_ROS | **Remit Check Payments to:** |
| Invoice Number | US_ASG544194 | Kurtzman Carson Consultants LLC |
| Total Amount Due | $ 7,894.13 | Dept CH 16639 |
| | | Palatine, IL 60055-6639 |
| **Amount Paid** | $ | |

**Wire Payments to:**
Kurtzman Carson Consultants LLC
HSBC Bank, NA
452 Fifth Avenue
New York, NY 10081
Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020



P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
Fax: 415-892-7354
www.kccllc.com
Fed Tax ID# 20-8049009

In Re: Potash Antitrust Litigation (II)
Cliff Pearson
Pearson, Simon, Warshaw & Penny, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104

| | |
|---|---|
| **Contact** | Eric Robin |
| **Telephone** | 415-798-5936 |
| **Reference Number** | PTL |

For services rendered through June 30, 2013

| Account Number | PTL_ROS | | Invoice Date | 24 July 2013 |
|---|---|---|---|---|
| Invoice Number | US_ASG557462 | | Due Date | 23 August 2013 |

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| First Class Postage | | | $12.08 |
| Notice & Claim Form Requests | 18 | $1.50 | $27.00 |
| Website Hosting | 1 | $50.00 | $50.00 |
| Telephone Support | 332 | $1.25 | $415.00 |
| Monthly Call Center Fee | | | $50.00 |
| **Total Expenses** | | | **$554.08** |

| Staff Hours | Units | Rate | Amount |
|---|---|---|---|
| Document Development | 0.6 | $92.50 | $55.50 |
| Print Production | 0.67 | $92.50 | $61.98 |
| Website Development and Maintenance | 1.4 | $92.50 | $129.50 |
| Case Processing | 13.06 | $92.50 | $1,208.05 |
| Reporting and Declarations | 1.99 | $92.50 | $184.08 |
| Case Setup, Planning and Management | 4.35 | $92.50 | $402.38 |
| **Total Staff Hours** | | | **$2,041.49** |



| Account Number | PTL_ROS | | Invoice Date | 24 July 2013 |
|---|---|---|---|---|
| Invoice Number | US_ASG557462 | | Due Date | 23 August 2013 |

**Total Amount Due**          $ 2,595.57

Please detach and return this portion of the statement with your check to the address listed below.

Please reference your Account Number and Invoice Number on your Remittance.

| | | **Remit Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| Account Number | PTL_ROS | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Invoice Number | US_ASG557462 | Dept CH 16639 | HSBC Bank, NA |
| Total Amount Due | $ 2,595.57 | Palatine, IL 60055-6639 | 452 Fifth Avenue |

Amount Paid  [$            ]

Wire Payments to:
Kurtzman Carson Consultants LLC
HSBC Bank, NA
452 Fifth Avenue
New York, NY 10081
Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020



P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
Fax: 415-892-7354
www.kccllc.com
Fed Tax ID# 20-8049009

In Re: Potash Antitrust Litigation (II)
Cliff Pearson
Pearson, Simon, Warshaw & Penny, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104

| | |
|---|---|
| **Contact** | Eric Robin |
| **Telephone** | 415-798-5936 |
| **Reference Number** | PTL |

For services rendered through July 31, 2013

| Account Number | PTL_ROS | Invoice Date | 15 August 2013 |
|---|---|---|---|
| Invoice Number | US_ASG568292 | Due Date | 14 September 2013 |

| **Expenses** | **Units** | **Rate** | **Amount** |
|---|---|---|---|
| First Class Postage | | | $15.92 |
| Notice & Claim Form Requests | 8 | $1.50 | $12.00 |
| Website Hosting | 1 | $50.00 | $50.00 |
| Telephone Support | 994 | $1.25 | $1,242.50 |
| Professional Services - Tax Advice | | | $313.03 |
| | | **Total Expenses** | **$1,633.45** |

| **Staff Hours** | **Units** | **Rate** | **Amount** |
|---|---|---|---|
| Document Development | 0.19 | $92.50 | $17.58 |
| Website Development and Maintenance | 0.72 | $92.50 | $66.60 |
| Case Processing | 28.64 | $92.50 | $2,649.20 |
| Reporting and Declarations | 1.74 | $92.50 | $160.95 |
| Distribution Calculation | 16.08 | $92.50 | $1,487.40 |
| Distribution and Re-Issues | 5.67 | $92.50 | $524.48 |
| Funds Management and Accounting | 10.78 | $92.50 | $997.15 |
| Case Setup, Planning and Management | 9.35 | $92.50 | $864.88 |
| | | **Total Staff Hours** | **$6,768.24** |



| Account Number | PTL_ROS | | Invoice Date | 15 August 2013 |
|---|---|---|---|---|
| Invoice Number | US_ASG568292 | | Due Date | 14 September 2013 |

**Total Amount Due**  $ 8,401.69

Please detach and return this portion of the statement with your check to the address listed below.

Please reference your Account Number and Invoice Number on your Remittance.

| | |
|---|---|
| Account Number | PTL_ROS |
| Invoice Number | US_ASG568292 |
| Total Amount Due | $ 8,401.69 |
| Amount Paid | $ |

**Remit Check Payments to:**
Kurtzman Carson Consultants LLC
Dept CH 16639
Palatine, IL 60055-6639

**Wire Payments to:**
Kurtzman Carson Consultants LLC
HSBC Bank, NA
452 Fifth Avenue
New York, NY 10081
Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020

Page 2 of 2



P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
Fax: 415-892-7354
www.kccllc.com
Fed Tax ID# 20-8049009

In Re: Potash Antitrust Litigation (II)
Cliff Pearson
Pearson, Simon, Warshaw & Penny, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104

| | |
|---|---|
| **Contact** | Eric Robin |
| **Telephone** | 415-798-5936 |
| **Reference Number** | PTL |

For services rendered through August 31, 2013

| Account Number | PTL_ROS | | Invoice Date | 26 September 2013 |
|---|---|---|---|---|
| Invoice Number | US_ASG581534 | | Due Date | 26 October 2013 |

| **Expenses** | **Units** | **Rate** | **Amount** |
|---|---|---|---|
| First Class Postage | | | $1.98 |
| Notice & Claim Form Requests | 3 | $1.50 | $4.50 |
| Website Hosting | 1 | $50.00 | $50.00 |
| Telephone Support | 286 | $1.25 | $357.50 |
| Courier | | | $31.96 |
| Monthly Call Center Fee | | | $50.00 |
| | | **Total Expenses** | **$495.94** |

| **Staff Hours** | **Units** | **Rate** | **Amount** |
|---|---|---|---|
| Print Production | 0.16 | $92.50 | $14.80 |
| Case Processing | 55.93 | $92.50 | $5,173.52 |
| Funds Management and Accounting | 5.27 | $92.50 | $487.48 |
| Case Setup, Planning and Management | 7.33 | $92.50 | $678.02 |
| | | **Total Staff Hours** | **$6,353.82** |



| Account Number | PTL_ROS | | Invoice Date | 26 September 2013 |
|---|---|---|---|---|
| Invoice Number | US_ASG581534 | | Due Date | 26 October 2013 |

**Total Amount Due**     $ 6,849.76

Please detach and return this portion of the statement with your check to the address listed below.

Please reference your Account Number and Invoice Number on your Remittance.

| | | |
|---|---|---|
| Account Number | PTL_ROS | **Remit Check Payments to:** |
| Invoice Number | US_ASG581534 | Kurtzman Carson Consultants LLC |
| Total Amount Due | $ 6,849.76 | Dept CH 16639 |
| | | Palatine, IL 60055-6639 |
| **Amount Paid** | $ | |

**Wire Payments to:**
Kurtzman Carson Consultants LLC
HSBC Bank, NA
452 Fifth Avenue
New York, NY 10081
Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020

**DRAFT**



P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
Fax: 415-892-7354
www.kccllc.com
Fed Tax ID# 20-8049009

In Re: Potash Antitrust Litigation (II)
Cliff Pearson
Pearson, Simon, Warshaw & Penny, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104

| **Contact** | Eric Robin |
|---|---|
| **Telephone** | 415-798-5936 |
| **Reference Number** | PTL |

| Account Number | PTL_ROS | Invoice Date | 10 July 2014 |
|---|---|---|---|
| Invoice Number | US_ASG704429 | Due Date | 09 August 2014 |

For services rendered through the end of June 2014

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| Supporting Doucmentation Reqeust Letters | 152 | $1.25 | $190.00 |
| Consolidation Verification Letters | 45 | $1.25 | $56.25 |
| First Class Postage | | | $133.97 |
| Website Hosting | 10 | $50.00 | $500.00 |
| Deficiency Letters | 80 | $1.25 | $100.00 |
| Denied Claim Letters | 6 | $1.25 | $7.50 |
| Telephone Support | 1,461.06 | $1.25 | $1,826.33 |
| Monthly Call Center Fee | 10 | $50.00 | $500.00 |
| **Total Expenses** | | | **$3,314.05** |



**DRAFT**



| Account Number | PTL_ROS | | Invoice Date | 10 July 2014 |
|---|---|---|---|---|
| Invoice Number | US_ASG704429 | | Due Date | 09 August 2014 |

For services rendered through the end of June 2014

| Staff Hours | Units | Rate | Amount |
|---|---|---|---|
| Data Development | 2.25 | $92.50 | $208.12 |
| Document Development | 8.6 | $92.50 | $795.50 |
| Print Production | 6.35 | $92.50 | $587.38 |
| Website Development and Maintenance | 2.1 | $92.50 | $194.25 |
| Undeliverable Mail Processing | 0.08 | $92.50 | $7.40 |
| Processing Application Development | 5.75 | $92.50 | $531.87 |
| Case Processing | 473.72 | $92.50 | $43,819.10 |
| Deficiency Processing | 1.9 | $92.50 | $175.75 |
| Reporting and Declarations | 4.33 | $92.50 | $400.52 |
| Distribution Calculation | 21.75 | $92.50 | $2,011.87 |
| Distribution and Re-Issues | 1.58 | $92.50 | $146.14 |
| Funds Management and Accounting | 13.94 | $92.50 | $1,289.45 |
| Case Setup, Planning and Management | 82.1 | $92.50 | $7,594.24 |
| **Total Staff Hours** | | | **$57,761.59** |

| | |
|---|---|
| **Invoice Subtotal** | **$61,075.64** |
| **Total Sales and Use Tax** | **$0.00** |
| **Total Amount Due** | **$61,075.64** |

---

Please detach and return this portion of the statement with your check to the address listed below.

Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| **Account Number** | PTL_ROS | **Remit Check Payments to:** | **Wire Payments to:** |
| **Invoice Number** | US_ASG704429 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $61,075.64 | Dept CH 16639 | HSBC Bank, NA |
| | | Palatine, IL 60055-6639 | 452 Fifth Avenue |
| **Amount Paid** | $ | | New York, NY 10081 |

Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020